IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-151-CR




VINCENT PAUL OFCZARZAK,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY


 

NO. 339,316, HONORABLE JAMES H. RUSSELL, JUDGE



 





PER CURIAM

 This is an appeal from a judgment of conviction for driving while intoxicated, first
offense. The punishment is incarceration for fifteen days and a $100 fine, probated.

 This cause was remanded to the trial court for a hearing pursuant to Tex. R. App.
P. Ann. 53(m) and 74(l) (Pamph. 1992). This Court has now received a supplemental transcript
containing a motion to withdraw notice of appeal signed by appellant and approved by the trial
court. The motion is granted.

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Appeal Dismissed

Filed: April 8, 1992

[Do Not Publish]